IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02144-MSK-CBS

LEO LALA, an individual,

    Plaintiff,

v.

HARRY FRAMPTON, an individual, EAST WEST RESORT TRANSPORTATION, LLC, a Colorado company d/b/a COLORADO MOUNTAIN EXPRESS, and
EAST WEST PARTNERS, LLC., a Colorado company,

    Defendants.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Plaintiff's Unoppossed [*sic*] Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Motion) **(#11)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the Plaintiff shall have up to and including **December 12, 2007**, in which to file his response to Defendants' Motion to Dismiss. **No further extensions will be granted.**

DATED this 4th day of December, 2007.

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              United States District Judge