# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02144-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 22, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| LEO LALA, | Scott L. Evans |
| **Plaintiff,** | |
| v. | |
| HARRY FRAMPTON, *et al.*, | Lawrence W. Treece |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in Session:** 10:08 a.m.
Court calls case. Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** Plaintiff's Combined Motion to Amend Complaint and Motion to Add Necessary Plaintiff [filed December 13, 2007; doc. 19] is granted for the reasons stated on the record. The Proposed Amended Complaint submitted as Attachment #1 to the motion (doc. 19-2) is accepted for filing on this date.

**ORDERED:** The Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss [filed January 4, 2008; doc. 27] is granted in part and denied in part for the reasons stated on the record. Rule 26(a)(1) disclosures shall be completed by February 5, 2008. The parties may engage in written discovery only at this time, but the written discovery cannot be directed toward the antitrust claim.

HEARING CONCLUDED.

**Court in recess:** 10:45
Total time in court: 00:37