IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02144-MSK-CBS

LEO LALA,
an individual, and
COLORADO SHUTTLE SERVICES, LLC,
a Colorado limited liability company,

      Plaintiffs,

v.

HARRY FRAMPTON,
an individual,
EAST WEST RESORT TRANSPORTATION, LLC,
a Colorado company d/b/a COLORADO MOUNTAIN EXPRESS, and
EAST WEST PARTNERS, LLC.,
a Colorado company,

      Defendants.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court on Plaintiffs' Status Report (*doc. no. 54)* and Defendants' Status Report on Pending Discovery Motions and Issues and Withdrawal of Motion to Deem Admitted (*doc. no. 55)*. Based upon the representations made by counsel in their respective status reports, the following is **ORDERED**:

    1. Plaintiffs' Motion for Extension of Time to Respond to Defendants' Discovery Requests (*doc. no. 47)* is **GRANTED**; and

    2. Defendants' Motion to Deem Requests for Admission Admitted (*doc. no. 49)* is **DENIED**, as withdrawn.

IT IS FURTHER ORDERED that the April 18, 2008 hearing on Defendants' motion to compel remains set on the court's calendar.

**DATED:** March 27, 2008