IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02144-MSK-CBS

LEO LALA,
an individual, and
COLORADO SHUTTLE SERVICES, LLC,
a Colorado limited liability company,

    Plaintiffs,

v.

HARRY FRAMPTON,
an individual,
EAST WEST RESORT TRANSPORTATION, LLC,
a Colorado company d/b/a COLORADO MOUNTAIN EXPRESS, and
EAST WEST PARTNERS, LLC.,
a Colorado company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Defendants' Status Report and Withdrawal of Motion to Compel (*doc. no. 58*). Based upon the representations made by counsel in the status reports, the following is **ORDERED**:

1. The request to withdraw Defendants' Motion to Compel Rule 26(a) Disclosure Regarding Damages and for Sanction [filed March 4, 2008; doc. 41] is **GRANTED**. The motion (doc. 41) is hereby *withdrawn*; and

2. The motion hearing set for April 18, 2008 is hereby *vacated*.

**DATED:**    April 7, 2008