## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02144-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 12, 2008 | Courtroom Deputy: Ben Van Dyke |

LEO LALA, *et al.*,   Scott L. Evans

    **Plaintiff,**

v.

HARRY FRAMPTON, *et al.*,   Lawrence W. Treece

    **Defendants.**

VAIL POLICE DEPARTMENT,   Kendra Lee Carberry

    **Interested Party.**

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The First Motion to Quash Pursuant to F.R.C.P. 45 or, in the Alternative, for Protective Order Pursuant to F.R.C.P. 26(c) and Requesting *In Camera* Inspection [filed April 30, 2008; doc. 61] is denied for the reasons stated on the record. The Vail Police Department shall produce the documents requested by plaintiffs within forty-eight (48) hours.

HEARING CONCLUDED.

**Court in recess:** 9:13 a.m.
Total time in court: 00:43