## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02144-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 10, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| LEO LALA, *et al.*, | Scott L. Evans |
| **Plaintiff,** | |
| v. | |
| HARRY FRAMPTON, *et al.*, | Lawrence W. Treece |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:    1:27 p.m.**
Court calls case.  Appearances of counsel.  Plaintiff, Leo Lala, is also present for the hearing.

Counsel present arguments on and discuss with the court Defendants' Motion to Compel Responses to Discovery and for Sanctions [filed June 6, 2008; doc. 66] and Defendants' Motion to Compel Responses to Third Discovery Request and for Sanctions [filed June 26, 2008; doc. 69].

**ORDERED:** Defendants' Motion to Compel Responses to Discovery and for Sanctions [filed June 6, 2008; doc. 66] is granted in part and denied in part for the reasons stated on the record.  The motion for sanctions is denied, and the motion to compel is granted consistent with the discussion on the record.

| | |
|---|---|
| **Interrogatory #21:** | Plaintiffs shall provide a written supplement for each discrete part within 7 calendar days. |
| **RFP #2:** | Defendants shall draft a release to the IRS and plaintiff shall sign and return the release within 7 calendar days of receipt of the release. |
| **RFP #3:** | Plaintiffs shall supplement consistent with the discussion on the record within 7 calendar days. |
| **RFP ## 4-6:** | Plaintiffs shall supplement as intended and discussed on the record within 7 calendar days. |
| **Rule 26(a)(1)(C):** | Plaintiffs shall supplement with specificity. |

**ORDERED:** Defendants' Motion to Compel Responses to Third Discovery Request and for Sanctions [filed June 26, 2008; doc. 69] is granted in part and denied in part for the reasons stated on the record. The motion for sanctions is denied, and the motion to compel is granted consistent with the discussion on the record.

> **Interrogatory #30:** Plaintiffs shall supplement if necessary within 7 calendar days.
> **RFP #18:** Plaintiffs shall provide more specific responses within 7 calendar days.
> **RFP #19:** Plaintiff shall copy those documents received from the subpoena to the Vail Police Department that he believes were taken from his possession and provide those to defendants within 7 calendar days.

**ORDERED:** The parties shall attempt to resolve any future discovery disputes through compromise and communication. If the parties are unable to resolve disputes, all counsel (and Mr. Lala, if the dispute involves productions from him) shall participate in a Rule 7.1A conference with Magistrate Judge Shaffer in person at the courthouse.

HEARING CONCLUDED.

**Court in recess:** **4:07 p.m.**
Total time in court: 02:40